(Doc. Nos. 52, 53)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| MARKLAND K. GRANT, | : | |
| | : | |
| Plaintiff, | : | Civil No. 10-5653 (RBK/JS) |
| | : | |
| v. | : | **ORDER** |
| | : | |
| CAESARS HOTEL AND CASINO ATLANTIC CITY, et al., | : | |
| | : | |
| Defendants. | : | |

**KUGLER**, United States District Judge:

    **THIS MATTER** having come before the Court on the unopposed Motion of Caesars Hotel & Casino Atlantic City, a/k/a Boardwalk Regency ("Caesars" or "Defendant Caesars"), Caesars employees Robert Jones ("Defendant Jones"), Marcus Palmer ("Defendant Palmer"), Dawn Eirman ("Defendant Eirman"), and Bill Harris ("Defendant Harris"), and the unopposedMotion of New Jersey State Trooper assigned to the Division of Gaming Enforcement in Atlantic City, New Jersey, Terrance Clemens ("Defendant Clemens") for summary judgment of the claims of Markland K. Grant ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 56, and the Court having considered the moving papers and exhibits appended thereto, and for the reasons expressed in the Opinion issued this date;

    **IT IS HEREBY ORDERED** that the Motion for Summary Judgment of Defendants Caesars, Jones, Palmer, Eirman, and Harris (Doc. No. 52) is **GRANTED**; and

1

**IT IS HEREBY FURTHER ORDERED** that Motion for Summary Judgment (Doc. No. 53) of Defendant Clemens is **GRANTED**.


Date:  8/7/2012   　　　　　　　　　　　　　　　　　 /s/ Robert B. Kugler  
　　　　　　　　　　　　　　　　　　　　　　　　　　ROBERT B. KUGLER  
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge